IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| AMANDA BUSH, | Civil Action No. |
| Plaintiff, | 1:09-cv-02358-YK |
| vs. | |
| I.C. SYSTEM, INC. | |
| Defendant. | |

## OFFER OF JUDGMENT

TO:   AMANDA BUSH AND HER ATTORNEY

Pursuant to Rule 68, Fed. R. Civ. P., Defendant, I.C. System, Inc., hereby offers to allow judgment to be taken against it and in favor of Plaintiff, Amanda Bush, as follows:

1)   The party making the Offer of Judgment is I.C. System, Inc. (hereinafter, "ICS").

2)   The Offer of Judgment is being made to the Plaintiff Amanda Bush ("the Plaintiff").

3)   Judgment shall be entered against ICS in the amount of One Thousand and Five Hundred Dollars and 00/100 ($1,500.00), arising from Plaintiff's claims against ICS as alleged in Plaintiff's pleadings filed in the above captioned matter, including both statutory and actual damages.

4)   The Judgment entered shall also include an amount for the Plaintiff's reasonable costs, including attorneys' fees, incurred, to the date of this offer and reasonably incurred in the course of acceptance of the offer. Reasonable costs and attorney's fees are to be agreed upon by the parties, or, if the parties are unable to agree, to be determined by the Court on application by the Plaintiff's counsel;

5) Acceptance of this Offer of Judgment is established by Plaintiff's signature at the bottom of this Offer and the filing of this Offer within the ten (10) period described below; and

6) This Offer of Judgment is a judgment and is made solely for the purposes specified in Federal Rule of Civil Procedure 68.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY _____
Andrew M. Schwartz

DATED:   January 28, 2010

ACCEPTED: _____
Signature of Plaintiff

DATE:   2/4/10
Date of Acceptance

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| AMANDA BUSH, | Civil Action No. |
| Plaintiff, | 1:09-cv-02358-YK |
| vs. | |
| I.C. SYSTEM, INC. | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I, Andrew M. Schwartz, Esquire, do hereby certify that a true and correct copy of the ***Offer of Judgment*** was served on counsel for the Plaintiff by certified and regular mail on **January 28, 2010**:

Brent Vullings
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA 19111

BY: _____
ANDREW M. SCHWARTZ