UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA BUSH | Case Number: 09-2358 |
| Plaintiff | |
| vs. | |
| I.C. SYSTEMS, INC. | |
| Defendant | |

## STIPULATION OF DISMISSAL

AND NOW, this 17th day of March, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice and the judgment shall be marked satisfied.

Warren & Vullings, LLP

BY: */s/ Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff

Marshall Dennehey

BY */s/ Andrew M. Schwartz*
Andrew M. Schwartz, Esquire
Attorney for Defendant