# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA BUSH : | |
| : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION NO. 1:CV-09-2358** |
| v. : | |
| : | **(Chief Judge Kane)** |
| I.C. SYSTEMS, INC. : | |
| : | |
| **Defendant** : | |

## ORDER

**AND NOW**, this 18th day of March, 2010, upon consideration of the filing of a Stipulation of Dismissal (Doc. No. 9), **IT IS HEREBY ORDERED** that this action be dismissed with prejudice and the judgment be marked satisfied.  The Clerk of Court shall close the file.


    s/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania